UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL EDWARDS
    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY
    Defendant.

                              /

Case No. 1:14-cv-0832

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**; and

pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff. .

Dated: January 5, 2016

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge